■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALMONTE, Appellant. [688 NYS2d 906] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 16, 1996 (*People v Almonte,* 223 AD2d 593), affirming a judgment of the Supreme Court, Queens County, rendered July 23, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, S. Miller and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVAN ANDERSON, Appellant. [688 NYS2d 900] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 14, 1992 (*People v Anderson,* 186 AD2d 140), affirming a judgment of the Supreme Court, Kings County, rendered November 15, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Santucci and Thompson, JJ., concur.